UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA



FILED
2003 JAN 24 PM 1:21

| | |
|---|---|
| ALAN KESSLER, ) | CV-N-02-0466-DWH (RAM) |
| Plaintiff(s), ) | MINUTES OF THE COURT |
| vs. ) | DATED: January 24, 2003 |
| UNIVERSITY OF NEVADA, RENO, ) | |
| Defendant(s). ) | |

PRESENT: HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk: Marti Campbell     Recorder: Tape #2003-12

Counsel for Plaintiff(s): Mark Mausert

Counsel for Defendant(s): Mary P. Dugan

PROCEEDINGS: EARLY NEUTRAL EVALUATION SESSION

1:30 p.m. Court convenes.

    The Court and the parties confer privately. The Court addresses the parties regarding the facts and merits of this action. The parties recite the facts and merits of their respective cases.

    The parties advise the Court that a settlement agreement has been negotiated. The parties state the terms of the agreement for the record.

    Counsel advise the Court that this is a global settlement with case no. CV-N-02-0412-HDM (RAM) Hank LeBeau vs University of Nevada, Reno. (See separate minutes of court). Plaintiff, Hank LeBeau, is not present. Mr. Mark Mausert, as counsel of record for plaintiff,

Kessler vs UNR
CV-N-02-0466-DWH (RAM)
January 23, 2003
Page 2

advises the Court that he has full and complete settlement authority for this action. Ms. Mary Dugan advises the Court that she has full and complete settlement authority from Mr. Mark Ghan, counsel of record for defendant.

IT IS ORDERED that the parties shall submit a stipulation dismissing this action with prejudice to the Court by no later than **Friday, February 14, 2003.**

IT IS ORDERED that this Court shall retain jurisdiction over the subject matter during the finalization of the settlement documents.

IT IS ORDERED that the tape of this proceeding is sealed.

4:45 p.m. Court adjourns.

LANCE S. WILSON, CLERK

By: _____
Marti Campbell, Deputy Clerk