| | |
|---|---|
| 1 | MARY PHELPS DUGAN |
| 2 | Assistant General Counsel<br>Nevada Bar No. 657 |
| 3 | University and Community<br>College System of Nevada |
| 4 | 2601 Enterprise Road<br>Reno, Nevada  89512 |
| 5 | (775) 784-4901, ext. 230<br>(775) 784-1127--FAX |
| 6 | Attorney for Defendant |

FILED
03 FEB -7 PM 3: 19
LANCE S. WILSON
CLERK
BY_____ DEPUTY

U.S. DISTRICT COURT
DISTRICT OF NEVADA
RECEIVED
FEB - 6 2003
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALAN KESSLER,

    Plaintiff,

vs.

UNIVERSITY OF NEVADA RENO and DOES I-X

    Defendant.

CASE NO.:
**CV-N-02-0466-DWH-RAM**

**STIPULATION TO DISMISS
AND
ORDER OF DISMISSAL**

Plaintiff Alan Kessler and Defendant Board of Regents of the University and Community College System of Nevada, sued herein as the University of Nevada, Reno, through their attorneys, hereby stipulate to the dismissal of the Complaint in its entirety, with prejudice, each party to bear its own costs and attorney fees.

Date: 2/5/03

_____
Mark Mausert, Esq.
Attorney for Plaintiff Kessler

Date: February 4, 2003

_____
Mary Phelps Dugan, Esq.
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Date: 2/7/03

_____
U.S. District Court Judge

10